# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

**Debtor:** AMADO G CALDERON
**Case Number:** 4:12-bk-16880-EWH  **Chapter:** 7
**Date / Time / Room:** THURSDAY, APRIL 10, 2014 02:30 PM   COURTROOM 206
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** WESLEY STANGRET

## *Matter:*

PRE-HEARING SCHEDULING CONFERENCE (set at hrg. held 3/18/14)
**R / M #:** 63 / 0

## *Appearances:*

BARRY W ROREX, ATTORNEY FOR AMADO G CALDERON
TRUDY A. NOWAK, ATTORNEY FOR BETH LANG, Appearing in Phoenix

## *Proceedings:*

Ms. Nowak states Ms. Lang decided not to appeal the decision.

The Court suggests a status hearing if the parties will need time for discovery.

Mr. Rorex states that the debtor needs a short discovery period and he intends to file a dispositive motion.

There is discussion between Court and counsel DURING WHICH THE EVIDENTIARY HEARING SCHEDULED FOR JUNE 11, 2014 IS VACATED AND RESCHEDULED TO WEDNESDAY, AUGUST 6, 2014 AT 9:00 A.M. (est. 3 hours) No evidentiary hearing order to issue. Discovery cut off by mid-June. No joint pretrial will be required but any pretrial memorandum or statement is to be filed five days prior to the hearing. The witness and exhibit lists to be filed five days prior to the hearing.

The hearing is adjourned.